# Exhibit 4



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Author = General Tools & Instruments LLC
Search Results: Displaying 1 of 2 entries



*836 hi 2.jpg.*

| | |
|---:|:---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002183652 / 2019-12-20 |
| **Application Title:** | 836 hi 2.jpg. |
| **Title:** | 836 hi 2.jpg. |
| **Description:** | Electronic. |
| **Copyright Claimant:** | General Tools & Instruments LLC. Address: 75 Seaview Drive, Secaucus, NJ, 07094, United States. |
| **Date of Creation:** | 2007 |
| **Date of Publication:** | 2007-11-01 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | General Tools & Instruments LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: photograph. |
| **Rights and Permissions:** | General Tools & Instruments LLC, 75 Seaview Drive, Secaucus, NJ, 07094, United States |
| **Copyright Note:** | C.O. correspondence. |
| | Basis for Registration: Registration does not extend to any useful article depicted. Registration extends to deposited photograph only. 17 USC 101, 102(a), and 113. |
| **Names:** | General Tools & Instruments LLC |





Help   Search   History   Titles   Start Over



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Author = General Tools & Instruments LLC
Search Results: Displaying 2 of 2 entries



*Angle-izer 2003 Case Number 1-8372118548.*

| | |
|---:|:---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002183717 / 2019-12-20 |
| **Application Title:** | Angle-izer 2003 Case Number 1-8372118548 |
| **Title:** | Angle-izer 2003 Case Number 1-8372118548. [Group registration of published photographs. 3 photographs. 2003-08-01 to 2003-08-01] |
| **Description:** | 3 photographs : Electronic. |
| **Copyright Claimant:** | General Tools & Instruments LLC. Address: 75 Seaview Drive, Secaucus, NJ, 07094, United States. |
| **Date of Creation:** | 2003 |
| **Publication Date Range:** | 2003-08-01 to 2003-08-01 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | General Tools & Instruments LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: photographs. |
| **Rights and Permissions:** | General Tools & Instruments LLC, 75 Seaview Drive, Secaucus, NJ, 07094, United States |
| **Copyright Note:** | C.O. correspondence. |
| | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
| | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |
| **Photographs:** | Published in August 2003 (3 photographs): LAMIN02.JPG,BLOCK_PAVIORS.JPG,CORBELLING_ANY_DISTANCE.JPG, |
| **Names:** | General Tools & Instruments LLC |