**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| GENERAL TOOLS & INSTRUMENTS, LLC, | |
| Plaintiff, | Case No.: 1:20-cv-01036 |
| v. | Judge Jorge L. Alonso |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Susan E. Cox |
| Defendants. | |

**DECLARATION OF SERVICE**

I, Keith A. Vogt, of Chicago, Illinois, declare as follows:

1.  I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois and the United States District Court for the Northern District of Illinois. I am one of the attorneys for Plaintiff, General Tools & Instruments, LLC ("General Tools" or "Plaintiff"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2.  This Court entered an Order permitting Plaintiff to complete service of process to Defendants pursuant to Federal Rule of Civil Procedure 4(f)(3) by electronic publication at the Defendant Domain Names which are transferred to Plaintiff's control and/or by sending an e-mail to the e-mail addresses identified in Exhibit 3 to the Declaration of RALPH MALLOZZI and any email addresses provided for Defendants by third parties that includes a link to said website.

3.  I hereby certify that on March 19, 2020, I sent an e-mail containing a copy of the Complaint, TRO and Summons to the e-mail addresses associated with an Amazon Payments, Inc. ("Amazon"), ContextLogic, Inc. ("WISH"), eBay, Inc. ("eBay"), PayPal, Inc. ("PayPal"),

and Tophatter, Inc. ("Tophatter") accounts identified in Exhibit 3 to the Declaration of RALPH MALLOZZI.

4. I hereby certify that on or before March 19, 2020, I electronically published the Complaint, TRO and Summons on a website.

5. I hereby certify that on March 19, 2020, I sent an e-mail containing a copy of the Complaint, TRO and Summons to the e-mail addresses associated with the Amazon, WISH, eBay, PayPal, and Tophatter accounts identified in Exhibit 3 to the Declaration of RALPH MALLOZZI and any email addresses provided for Defendants by third parties that includes a link to said website.

6. The completed Return of Service form is attached hereto.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 19, 2020, at Chicago, Illinois.

/s/ *Keith A. Vogt*
Keith A. Vogt, esq.
***ATTORNEY FOR PLAINTIFF***