**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

General Tools & Instruments, LLC,

     Plaintiff,                        Case No.: 1:20-cv-01036

v.                                    Judge Jorge L. Alonso

THE PARTNERSHIPS AND          Magistrate Judge Susan E. Cox
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

     Defendants.

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary

Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the

Complaint:

| NO. | DEFENDANT |
|-----|-----------|
| 402 | whitelotous |
| 463 | ASIODH |
| 523 | OPASDH |
| 410 | SYITCUN |
| 326 | Preamer |
| 558 | INSIDE |
| 367 | tanus |
| 438 | hotzzz |
| 21 | tirsmall@163.com |
| 352 | Efaster -- Member Day discounts up to 50% |
| 526 | PERMANENT THINGS |

DATED:  May 16, 2020                    Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
111 West Jackson Boulevard, Suite 1700
Chicago, Illinois 60604
Telephone: 312-675-6079
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on May 16, 2020 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt