IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

GENERAL TOOLS & INSTRUMENTS, LLC,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:20-cv-01036

Judge Jorge L. Alonso

Magistrate Judge Susan E. Cox

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendants, identified in the Amended Schedule A with leave to reinstate within thirty (30) days if the agreed settlement payment is not received. After thirty (30) days, the dismissal is with prejudice.

| DEFENDANT NO. | DEFENDANT NAME |
|---|---|
| 259 | thesurvivalisland |
| 297 | PorVi |

DATED: June 5, 2020

Respectfully submitted,

/s/ *Keith Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
111 W Jackson Blvd, Suite 1700
Chicago, Illinois 60604
Telephone: 312-675-6079
E-mail: keith@vogtip.com
***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on June 5, 2020 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

      */s/ Keith A. Vogt*
Keith A. Vogt, Esq.