# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

General Tools & Instruments, LLC

                                   Plaintiff,

v.                                                       Case No.: 1:20−cv−01036
                                                                 Honorable Jorge L. Alonso

Kai Mong Enterprise Co., Ltd., et al.

                                   Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 16, 2020:

      MINUTE entry before the Honorable Jorge L. Alonso: Telephonic motion hearing held. For the reasons stated on the record, Defendant Kai Mong Enterprise's motion to dismiss [95] and Opposition to Plaintiff's motion to require compliance with local rule 83.15 [106] are denied as moot. Plaintiff's motion for entry of default and default judgment against the Defendants identified in first amended schedule A [102] is granted. Enter Final Judgment Order. Civil Case Terminated. Notice mailed by judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.