**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

GENERAL TOOLS & INSTRUMENTS, LLC,

     Plaintiff,                        Case No.: 1:20-cv-01036

v.                                        Judge Jorge L. Alonso

THE PARTNERSHIPS AND UNINCORPORATED     Magistrate Judge Susan E. Cox
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

     Defendants.

**FINAL JUDGMENT ORDER**

This action having been commenced by GENERAL TOOLS & INSTRUMENTS, LLC, ("GTI") against the defendants identified in the attached First Amended Schedule A and using the Defendant names and online marketplace accounts (collectively, the "Defendant Internet Stores"), and GTI having moved for entry of Default and Default Judgment against the defendants identified in the First Amended Schedule A attached hereto (collectively, the "Defaulting Defendants");

This Court having entered upon a showing by GTI, a temporary restraining order and preliminary injunction against Defaulting Defendants which included an asset restraining order;

GTI having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication and e-mail, along with any notice that Defaulting Defendants received from payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

None of the Defaulting Defendants having answered the Complaint or appeared in any way, and the time for answering the Complaint having expired;

THIS COURT HEREBY FINDS that it has personal jurisdiction over the Defendants since the Defendants directly target their business activities toward consumers in the United States, including Illinois. "In the context of cases like this one, that means a plaintiff must show that each defendant is actually operating an interactive website that is accessible in Illinois and that each defendant has aimed such site at Illinois by standing ready, willing and able to ship its counterfeit goods to customers in Illinois in particular (or otherwise has some sufficient voluntary contacts with the state)." *Am. Bridal & Prom Indus. Ass'n v. P'ships & Unincorporated Ass'ns Identified on Schedule A*, 192 F.Supp.3d 924, 934 (N.D. Ill. 2016). In this case, Plaintiff has presented screenshot evidence that each Defendant Internet Store is reaching out to do business with Illinois residents by operating one or more commercial, interactive Internet Stores through which Illinois residents can and do purchase products using counterfeit versions of Plaintiff's Trademarks. *See* Docket No. 14 which includes screenshot evidence confirming that each Defendant Internet Store does stand ready, willing, and able to ship its counterfeit goods to customers in Illinois bearing infringing and/or counterfeit versions of the ANGLE-IZER trademarks, which are covered by U.S. Trademark Registration Nos. 5,345,751; and 5,345,752 ("ANGLE-IZER Trademarks") and ANGLE-IZER copyrights, which are covered by U.S. Copyright Registration Nos. VA0002183652; VA0002183717 ("ANGLE-IZER Works").

THIS COURT FURTHER FINDS that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114), false designation of origin (15 U.S.C. § 1125(a)), and violation of the Illinois Uniform Deceptive Trade Practices Act (815 ILCS § 510, et seq.).

IT IS HEREBY ORDERED that GTI's Motion for Entry of Default and Default Judgment is GRANTED in its entirety, that Defaulting Defendants are deemed in default and that this Final Judgment is entered against Defaulting Defendants.

IT IS FURTHER ORDERED that:

1.  Defaulting Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

    a.  using the ANGLE-IZER Trademarks or any reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine GTI Product or not authorized by GTI to be sold in connection with the ANGLE-IZER Trademarks and ANGLE-IZER Works;

    b.  passing off, inducing, or enabling others to sell or pass off any product as a genuine GTI Product or any other product produced by GTI, that is not GTI's or not produced under the authorization, control or supervision of GTI and approved by GTI for sale under the ANGLE-IZER Trademarks and ANGLE-IZER Works;

    c.  committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control or supervision of GTI, or are sponsored by, approved by, or otherwise connected with GTI;

    d.  further infringing the ANGLE-IZER Trademarks and ANGLE-IZER Works and damaging GTI's goodwill;

    e.  otherwise competing unfairly with GTI in any manner;

    f.  shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or

inventory not manufactured by or for GTI, nor authorized by GTI to be sold or offered for sale, and which bear any of the ANGLE-IZER Trademarks and ANGLE-IZER Works or any reproductions, counterfeit copies or colorable imitations thereof;

g.  using, linking to, transferring, selling, exercising control over, or otherwise owning the online marketplace accounts, that is being used to sell or is the means by which Defaulting Defendants could continue to sell Counterfeit/Infringing Products; and

h.  operating and/or hosting websites registered or operated by Defaulting Defendants that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the ANGLE-IZER Trademarks and ANGLE-IZER Works or any reproductions, counterfeit copies or colorable imitations thereof that is not a genuine GTI Product or not authorized by GTI to be sold in connection with the ANGLE-IZER Trademarks and ANGLE-IZER Works.

2.  Those in privity with Defaulting Defendants and with actual notice of this Order, including any online marketplaces such as, but not limited to, Amazon or Alibaba Group Holding Ltd., Alipay.com Co., Ltd. and any related Alibaba entities (collectively, "Alibaba"), social media platforms, Facebook, YouTube, LinkedIn, Twitter, Internet search engines such as Google, Bing and Yahoo, shall within three (3) business days of receipt of this Order:

a.  disable and cease providing services for any accounts through which Defaulting Defendants engage in the sale of counterfeit and infringing goods using the ANGLE-IZER Trademarks and ANGLE-IZER Works, including any accounts associated with the Defaulting Defendants listed on First Amended Schedule A attached hereto;

4

b. disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of counterfeit and infringing goods using the ANGLE-IZER Trademarks and ANGLE-IZER Works; and

c. take all steps necessary to prevent links to the Defendants identified on First Amended Schedule A from displaying in search results, including, but not limited to, removing links to the Defendants from any search index.

3. Pursuant to 15 U.S.C. § 1117(c)(2), GTI is awarded statutory damages from each of the Defaulting Defendants in the amount of one hundred thousand dollars ($100,000) for willful use of counterfeit ANGLE-IZER Trademarks on products sold through at least the Defendant Internet Stores.

4. Pursuant to 17 U.S.C. § 504(c)(2), GTI is awarded statutory damages from each of the Defaulting Defendants in the amount of one hundred thousand dollars ($100,000) for willful infringement of the ANGLE-IZER Works on products sold through at least the Defendant Internet Stores.

5. Western Union shall, within two (2) business days of receipt of this Order, permanently block any Western Union money transfers and funds from being received by the Defaulting Defendants identified on First Amended Schedule A.

6. eBay, Inc. ("eBay"), PayPal, Inc. ("PayPal"), ContextLogic, Inc. ("WISH"), Amazon Payments, Inc. ("Amazon"), Alipay US, Inc. ("Alipay"), Alibaba Group Holding Limited ("Alibaba"), Heguang International Limited or Dunhuang Group d/b/a DHGATE, DHGate.com, DHPORT, DHLINK and DHPAY ("DHGate") and Tophatter, Inc. ("Tophatter"), shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' online marketplace accounts or Defaulting Defendants' websites identified

on First Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

7.  All monies currently restrained in Defaulting Defendants' financial accounts, including monies held by eBay, PayPal, WISH, Amazon, Alipay, Alibaba, DHGate and Tophatter, are hereby released to GTI as partial payment of the above-identified damages, and eBay, PayPal, WISH, Amazon, Alipay, Alibaba, DHGate and Tophatter is ordered to release to GTI the amounts from Defaulting Defendants' eBay, PayPal, WISH, Amazon, Alipay, Alibaba, DHGate and Tophatter accounts within ten (10) business days of receipt of this Order.

8.  Until GTI has recovered full payment of monies owed to it by any Defaulting Defendant, GTI shall have the ongoing authority to serve this Order on eBay, PayPal, WISH, Amazon, Alipay, Alibaba, DHGate and Tophatter in the event that any new eBay, PayPal, WISH, Amazon, Alipay, Alibaba, DHGate and Tophatter accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, eBay, PayPal, WISH, Amazon, Alipay, Alibaba, DHGate and Tophatter shall within two (2) business days:

    a.  Locate all accounts and funds connected to Defaulting Defendants, Defaulting Defendants' online marketplace accounts or Defaulting Defendants' websites, including, but not limited to, any eBay, PayPal, WISH, Amazon, Alipay, Alibaba, DHGate and Tophatter accounts;

    b.  Restrain and enjoin such accounts or funds that are Asia based from transferring or disposing of any money or other of Defaulting Defendants' assets; and

    c.   Release all monies restrained in Defaulting Defendants' eBay, PayPal, WISH, Amazon, Alipay, Alibaba, DHGate and Tophatter accounts to GTI as partial payment of the above-identified damages within ten (10) business days of receipt of this Order.

9.    Until GTI has recovered full payment of monies owed to it by any Defaulting Defendant, GTI shall have the ongoing authority to serve this Order on any banks, savings and loan associations, or other financial institutions (collectively, the "Financial Service Providers") in the event that any new financial accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, the Financial Service Providers shall within two (2) business days:

    a.   Locate all accounts connected to Defaulting Defendants, Defaulting Defendants' online marketplace accounts or Defaulting Defendants' websites;

    b.   Restrain and enjoin such accounts from receiving, transferring or disposing of any money or other of Defaulting Defendants' assets; and

    c.   Release all monies restrained in Defaulting Defendants' financial accounts to GTI as partial payment of the above-identified damages within ten (10) business days of receipt of this Order.

    d.   Upon Plaintiff's request, the Internet marketplace website operators and/or administrators for the Seller IDs shall disable and/or cease facilitating access to the Seller IDs, including any other alias seller identification names being used and/or controlled by Defendants to engage in the business of marketing, offering to sell, and/or selling goods bearing and/or using counterfeits and infringements of Plaintiff's ANGLE-IZER Trademarks and ANGLE-IZER Works.

10.    In the event that GTI identifies any additional online marketplace accounts, financial accounts owned by Defaulting Defendants, GTI may send notice of any supplemental

proceeding to Defaulting Defendants by e-mail at the email addresses identified in Exhibit 3 to the Declaration of Ralph Mallozzi and any e-mail addresses provided for Defaulting Defendants by third parties.

11.    The bond posted by Plaintiff in the amount of $10,000.00 is hereby ordered released by the Clerk to Plaintiff or Plaintiff's counsel.

This is a Final Judgment.

Dated: September 16, 2020

_____

Jorge L. Alonso
United States District Court Judge

## FIRST AMENDED SCHEDULE A

| NO. | DEFENDANTS |
|----:|------------|
| 1 | van |
| 2 | wioper |
| 3 | threedragon mart |
| 4 | HK shanhai group limited |
| 5 | |
| 6 | Lifetree intl |
| 7 | EYDeed |
| 8 | |
| 9 | Coolgos |
| 10 | Shenzhen Duoduoshop e-Commerce Ltd |
| 11 | Easy_deal |
| 12 | hong qi baby |
| 13 | |
| 14 | hongwanling |
| 15 | CHINESE STORE |
| 16 | |
| 17 | |
| 18 | Tom In Box |
| 19 | Clock220 |
| 20 | Wenzhou fashion jewelry |
| 21 | |
| 22 | DIY-crazy |
| 23 | walkpros |
| 24 | Life or death |
| 25 | epo |
| 26 | tyn |
| 27 | giftformybestfriend |
| 28 | hho |
| 29 | |
| 30 | HYFAN |
| 31 | ycjhenry |
| 32 | |
| 33 | maoxian |
| 34 | |
| 35 | haoyijiaju |
| 36 | LOVE-xinwei |
| 37 | CIVITATIS |

| | |
|---|---|
| 38 | ██████████████████████████ |
| 39 | wangweiwang |
| 40 | blueshabbychic |
| 41 | Tongmao parts store |
| 42 | taogis stone |
| 43 | Madmiss Alice |
| 44 | singtrip |
| 45 | Go.girl |
| 46 | ██████████████████████████ |
| 47 | TechKen |
| 48 | Sharing Fashion |
| 49 | fancyqube |
| 50 | ██████████████████████████ |
| 51 | iWantZone.com |
| 52 | bolin2019 |
| 53 | ██████████████████████████ |
| 54 | MEI11 |
| 55 | ██████████████████████████ |
| 56 | mikefu |
| 57 | Doublebean |
| 58 | PHYF |
| 59 | little elephant |
| 60 | ██████████████████████████ |
| 61 | claritalley |
| 62 | ggjfbm123 |
| 63 | YHurd Yu Juntong Store |
| 64 | zhenxindaini |
| 65 | limeibulou |
| 66 | Wu Yanyan's shop |
| 67 | you jian huo zhan |
| 68 | a_coming |
| 69 | wanhaoxiaodian |
| 70 | Everything possible Clothes |
| 71 | lililimanlisha |
| 72 | wuxueping159 |
| 73 | Jean Purchase |
| 74 | Nine-star Guide |
| 75 | ABDshop4u |
| 76 | ██████████████████████████ |

| | |
|---|---|
| 77 | ████████████████████████ |
| 78 | ████████████████████████ |
| 79 | berry |
| 80 | YBay |
| 81 | chens |
| 82 | **yosifov_global** |
| 83 | *best_daily_deals* |
| 84 | *lovely_valentin* |
| 85 | 2008outdoorsell |
| 86 | 2013blingmall |
| 87 | 2015updayday |
| 88 | 2fit_fitness_shop |
| 89 | 7starstore |
| 90 | 88uniquesshop |
| 91 | a2z-discounts |
| 92 | ████████████████████████ |
| 93 | abshop.shop |
| 94 | activelifestore2018 |
| 95 | ag-just-for-you |
| 96 | ahnafonline |
| 97 | aiqy2913 |
| 98 | alzhamm1_1 |
| 99 | andfeti-43 |
| 100 | andgre-91 |
| 101 | apdp11 |
| 102 | ayelal96 |
| 103 | bananawinterstore |
| 104 | bargain_world_888 |
| 105 | bel_3985 |
| 106 | berlin201692 |
| 107 | besric |
| 108 | best_deals_service |
| 109 | ████████████████████████ |
| 110 | best-supplies-2-u |
| 111 | ████████████████████████ |
| 112 | bettercheer |
| 113 | ████████████████████████ |
| 114 | bg-babygroove |
| 115 | bluestoremarto |

| 116 | boatpropeller |
|---|---|
| 117 | bobamarinesstore |
| 118 | bollybelly |
| 119 | buyouritem |
| 120 | by_to_shine |
| 121 | carol_yeah |
| 122 | cases-store99 |
| 123 | clickisyesterday |
| 124 | clinkz-bone |
| 125 | cobala_989 |
| 126 | |
| 127 | |
| 128 | cuhoan_13 |
| 129 | cwinpaper01 |
| 130 | dacasback |
| 131 | dailynecessities0.99 |
| 132 | dailytrips |
| 133 | danbuj-10 |
| 134 | danielleshoppe |
| 135 | davidsgroup |
| 136 | deadsea_product |
| 137 | dealstore |
| 138 | dhcstore |
| 139 | |
| 140 | directbuy-es |
| 141 | downtownmall |
| 142 | dragonwang876_3 |
| 143 | |
| 144 | |
| 145 | dvdbarato-es |
| 146 | e-seller2040 |
| 147 | e-shippyshop |
| 148 | easy_trader_74 |
| 149 | |
| 150 | |
| 151 | epicesolutions |
| 152 | ete-mall |
| 153 | extra-one |
| 154 | factorykiss-oz |

| 155 | fastitemshop |
|-----|--------------|
| 156 | fastnewsales |
| 157 | fjhllmy |
| 158 | fjxmcx2006 |
| 159 | ███████████ |
| 160 | gadgetzoneuk |
| 161 | galaxyshop19 |
| 162 | genevievephil |
| 163 | ggc-ltd |
| 164 | gintaryno-02 |
| 165 | glieb-0 |
| 166 | gooddeals-123 |
| 167 | goods-direct-goods |
| 168 | greatkingdom11 |
| 169 | green_park99 |
| 170 | greentree199 |
| 171 | hammo123ye |
| 172 | happy_shop_2019 |
| 173 | hittory-tool |
| 174 | ███████████ |
| 175 | hotdeals666 |
| 176 | ███████████ |
| 177 | imbargains24-7 |
| 178 | ███████████ |
| 179 | irlowcost |
| 180 | jafsalonline |
| 181 | jamie_leiffers |
| 182 | jonalo-30 |
| 183 | koko-global |
| 184 | kotl_guan |
| 185 | ktstoregroup |
| 186 | ███████████ |
| 187 | lalashop9x |
| 188 | lestyam-50 |
| 189 | liufelian_0 |
| 190 | liuxiaoxiao163 |
| 191 | loftydeals2018 |
| 192 | longshineau |
| 193 | mackipaki-shop |

| 194 | mafdetstore |
|-----|-------------|
| 195 | magicfashion_uk |
| 196 | magicgift |
| 197 | makife |
| 198 | ███████████ |
| 199 | mathkum0 |
| 200 | maxsuperstoreservice |
| 201 | ███████████ |
| 202 | mirana-prince |
| 203 | mohelz-99 |
| 204 | moonandstar_inthesky |
| 205 | mubk2784 |
| 206 | myshop-online24 |
| 207 | nacuc_66 |
| 208 | nadash-62 |
| 209 | newyearstore |
| 210 | ngta-37 |
| 211 | nguye3536 |
| 212 | niikae |
| 213 | nikecome |
| 214 | ninja.deals |
| 215 | niyachacha |
| 216 | no2parts |
| 217 | northpolelabs |
| 218 | obdtoolshop |
| 219 | one_belt_one_road |
| 220 | pengarregproduct |
| 221 | perfectdeal20199 |
| 222 | ███████████ |
| 223 | ███████████ |
| 224 | profitable.deal |
| 225 | protools2019 |
| 226 | puridian_ttr89 |
| 227 | purplefary |
| 228 | quakoi |
| 229 | qudinht0 |
| 230 | rafiamzd |
| 231 | rich-five |
| 232 | rikoset6977 |

| 233 | rosy_days |
|-----|-----------|
| 234 | rotrahobbies2013 |
| 235 | salewish |
| 236 | saqlain1214 |
| 237 | sarunhardware |
| 238 | sea-people-marine |
| 239 | shop_easy555 |
| 240 | shoppingmadeeasy2 |
| 241 | small-shop-4u |
| 242 | smart_shopping_3 |
| 243 | ████████████████████ |
| 244 | solutions_4you |
| 245 | som_sye |
| 246 | star_wars_world |
| 247 | starlifelighting |
| 248 | startup-27 |
| 249 | stray_uk |
| 250 | supanut2006 |
| 251 | ████████████████████ |
| 252 | supersale0011 |
| 253 | supper_sell |
| 254 | sydney-opera-house |
| 255 | tapestryindia |
| 256 | tenper365 |
| 257 | ████████████████████ |
| 258 | themisstore |
| 259 | ████████████████████ |
| 260 | tool-edge |
| 261 | toshikatsuhamana |
| 262 | trackbase2016 |
| 263 | trybest5 |
| 264 | ████████████████████ |
| 265 | ubiversalstore |
| 266 | uk_dealsguru |
| 267 | universal-world |
| 268 | vitrin_39 |
| 269 | waelayad |
| 270 | wanggaofeng163 |
| 271 | warehousediscountsales |

| 272 | █████████████████████████████ |
|-----|-------------------------------|
| 273 | we_are_1 |
| 274 | wecostlessstore |
| 275 | wittymotor |
| 276 | █████████████████████████████ |
| 277 | worldnow |
| 278 | █████████████████████████████ |
| 279 | yellow-star11 |
| 280 | yes-ship-2days |
| 281 | yesgarden |
| 282 | █████████████████████████████ |
| 283 | █████████████████████████████ |
| 284 | your-shop-999 |
| 285 | zaushop |
| 286 | zephstock |
| 287 | █████████████████████████████ |
| 288 | zkh2011 |
| 289 | zoutianyaa |
| 290 | Going Merry Store |
| 291 | OK General Store |
| 292 | TONIKMM |
| 293 | KZ Development |
| 294 | Pandamen NLH |
| 295 | Talent Products |
| 296 | lvliangshilishiquxiaoguangbianlidian |
| 297 | █████████████████████████████ |
| 298 | HS Store Shop |
| 299 | ASD Accessories |
| 300 | Cosmoware |
| 301 | Asien Direct |
| 302 | GuaGua |
| 303 | Wanpako |
| 304 | MABEST |
| 305 | ANTIK shop |
| 306 | SEMKO |
| 307 | LANGINGUS |
| 308 | Colorlight |
| 309 | Kottle |
| 310 | ZivaTech |

| 311 | Mingpinhuius |
|-----|--------------|
| 312 | Minielectro |
| 313 | tenyears |
| 314 | |
| 315 | liyunshop |
| 316 | AEmber BK |
| 317 | MTSK-NA |
| 318 | Eternal Cover |
| 319 | Lin-Tong. |
| 320 | JJEcommUS |
| 321 | JTs |
| 322 | ★Bestchoice★ |
| 323 | |
| 324 | LAPHs |
| 325 | Rabinyod_Bulan |
| 326 | |
| 327 | Gwill |
| 328 | TTOBS |
| 329 | HomeAccessory |
| 330 | |
| 331 | Amenitee Brand LLC |
| 332 | ggfdsgsdag |
| 333 | |
| 334 | |
| 335 | "Almark" LLC |
| 336 | Topsame Store |
| 337 | STAR RICH |
| 338 | NEWLIFEE |
| 339 | OLE STAR |
| 340 | theoneshop66 |
| 341 | |
| 342 | |
| 343 | Single Mom Shop |
| 344 | |
| 345 | Liberty Tribe |
| 346 | |
| 347 | DaKuHo |
| 348 | guanyunxiu7-US |
| 349 | Aoymimii Store |

| 350 | ZENDY USA |
|-----|-----------|
| 351 | MIRACLE9 |
| 352 | |
| 353 | RIMDOMN |
| 354 | On-time store |
| 355 | TopVendor |
| 356 | Future on |
| 357 | |
| 358 | |
| 359 | Mimeng |
| 360 | S5E5X |
| 361 | |
| 362 | LeoVatino |
| 363 | Weiye Pro |
| 364 | |
| 365 | |
| 366 | Best Gess |
| 367 | |
| 368 | BE-TOOLUS |
| 369 | |
| 370 | |
| 371 | |
| 372 | WTFM |
| 373 | fsdualwin-us |
| 374 | |
| 375 | WKFSDAG |
| 376 | globalbestshop |
| 377 | kutrer |
| 378 | |
| 379 | PASTEL |
| 380 | BITOO |
| 381 | |
| 382 | Amazing Tools |
| 383 | Gmeit |
| 384 | Moneil Tech |
| 385 | |
| 386 | Portos Max |
| 387 | Fashion US01 |
| 388 | Kozy-Life |

| 389 | |
|-----|----------------------------|
| 390 | KEAIMEI |
| 391 | Zajo Products |
| 392 | VHRz |
| 393 | Waterp |
| 394 | MooMail-US |
| 395 | Lindsie Box |
| 396 | Ecke |
| 397 | ZAYYAZ |
| 398 | HITZH |
| 399 | FOR HOME MARKET |
| 400 | Dawwoti |
| 401 | OpeniMart |
| 402 | |
| 403 | |
| 404 | sasimaxshop |
| 405 | M$M SHOP |
| 406 | |
| 407 | Vase lonsa |
| 408 | JAJ Shop |
| 409 | Sangepetch st. |
| 410 | |
| 411 | |
| 412 | otsale |
| 413 | |
| 414 | Yiruy |
| 415 | |
| 416 | |
| 417 | The Luxe Products Company |
| 418 | |
| 419 | |
| 420 | Spark mid-US |
| 421 | RotekDirect |
| 422 | WCE Marketplace |
| 423 | |
| 424 | BERNIE ANSEL |
| 425 | Cool Club |
| 426 | TQP-CK-US |
| 427 | baree shop |

| 428 | Super Party Boy |
|-----|-----------------|
| 429 | Amenvtool |
| 430 | Sellers trustworthy tree |
| 431 | LL Bridal |
| 432 | HUAZHAO-US |
| 433 | |
| 434 | |
| 435 | |
| 436 | Gandaria US |
| 437 | |
| 438 | |
| 439 | |
| 440 | |
| 441 | CUORE BANGKOK |
| 442 | Lhoste |
| 443 | Lexiesxue CSF Store |
| 444 | Jormar Essentials |
| 445 | |
| 446 | YUKONIX |
| 447 | Sayfunny |
| 448 | Exe Tool |
| 449 | |
| 450 | Wild Donkey |
| 451 | CJR |
| 452 | veteran innovations |
| 453 | |
| 454 | Leo-4Beauty |
| 455 | |
| 456 | SANSUM |
| 457 | palapolshop |
| 458 | XUYF |
| 459 | |
| 460 | Gano Zen |
| 461 | |
| 462 | |
| 463 | |
| 464 | |
| 465 | fu lian |
| 466 | |

| 467 | Allenhope |
|-----|-----------|
| 468 | |
| 469 | ZANAN |
| 470 | Max Happy Shopping |
| 471 | S-BETTER |
| 472 | S-Sport-Life |
| 473 | Mulslect |
| 474 | zotoyashop |
| 475 | G & H E-MARKETING |
| 476 | Lameeeei |
| 477 | Orange Tools |
| 478 | Mr.Scotch |
| 479 | GIIH |
| 480 | |
| 481 | KKING |
| 482 | |
| 483 | Dpowro Direct |
| 484 | EnCoCo District |
| 485 | Hanzhong E-commerce |
| 486 | MONICO SHOP |
| 487 | HOHXEN |
| 488 | UMINI |
| 489 | |
| 490 | DGXIAKE |
| 491 | KeepTpeeK |
| 492 | LONGTINGSIHAI |
| 493 | M.A.A.P |
| 494 | aohang |
| 495 | U GOT A DEAL |
| 496 | ruichi7-US |
| 497 | Nazala |
| 498 | Cosymart |
| 499 | Plakza |
| 500 | tanya shop |
| 501 | kunkung05 |
| 502 | BELONG STORE |
| 503 | Amare Ampio |
| 504 | PuntaRossa |
| 505 | SHOPPER's CHOICE |

| 506 | MeanHoo |
|---|---|
| 507 | NJPOWER |
| 508 | FUQIANG |
| 509 | Brilliant Smart |
| 510 | |
| 511 | Durble Products |
| 512 | |
| 513 | KYRASA |
| 514 | RIKAS SHOP |
| 515 | WCHAOEN |
| 516 | KINWAT STORE |
| 517 | |
| 518 | TEPLO |
| 519 | AllInOneShop |
| 520 | peppermint07 |
| 521 | JIALIUJ Store |
| 522 | Holeco Outlet |
| 523 | |
| 524 | |
| 525 | ier0Kpsa Direct |
| 526 | |
| 527 | Ur Unique U |
| 528 | PANDAMarket |
| 529 | LinXianQingLiangSiErLongRiZaShangDian |
| 530 | |
| 531 | ZiZang |
| 532 | YI NUO Business purchase |
| 533 | Annibus |
| 534 | |
| 535 | TUYOU |
| 536 | Sforza. |
| 537 | |
| 538 | Yourfriend Store |
| 539 | Shanghang |
| 540 | Basonx-US |
| 541 | Resistance ha |
| 542 | Derek One |
| 543 | ttnight |
| 544 | Fishing Accessories |

| 545 | Very Happy Shop |
| 546 | Reminder Me |
| 547 | Umiller |
| 548 | Global Retail Merchandise Store |
| 549 | FN-Tool Store |
| 550 | NightStar Store |
| 551 | |
| 552 | MEASURING TOOLS-KACYTOOLS |
| 553 | Toplander Outdoor Store |
| 554 | FLY BABY |
| 555 | |
| 556 | |
| 557 | |
| 558 | |
| 559 | |
| 560 | |
| 561 | |
| 562 | Tool&Tools Store |
| 563 | |
| 564 | |
| 565 | WZB Global Store |
| 566 | Beautiful Exquisite Life Dropshipping Store |
| 567 | |
| 568 | |
| 569 | |
| 570 | |
| 571 | |
| 572 | MainPoint Tools Store |
| 573 | MIRUI |
| 574 | DBird Tool Store |
| 575 | DOWILL Store |
| 576 | |
| 577 | |
| 578 | |
| 579 | |
| 580 | |
| 581 | |
| 582 | Halojaju Department Store |
| 583 | |

| | |
|---|---|
| 584 | |
| 585 | KingPet Market Store |
| 586 | The world's leading precision cutting tool Store |
| 587 | |
| 588 | Shop2945114 Store |
| 589 | |
| 590 | WINOCEAN Tools Store |
| 591 | |
| 592 | Shop2960077 Store |
| 593 | BZNVN Store |
| 594 | Shop2998064 Store |
| 595 | |
| 596 | |
| 597 | |
| 598 | |
| 599 | Shop3199063 Store |
| 600 | |
| 601 | Mastool Distribution Store |
| 602 | |
| 603 | |
| 604 | JOYJOY Learning Store |
| 605 | lamplight Store |
| 606 | |
| 607 | |
| 608 | |
| 609 | Happiness Light Store |
| 610 | |
| 611 | Trendy Luckyy Store |
| 612 | Zeego Store |
| 613 | Zenpan Store |
| 614 | ShenZhen Instrument Tool Drop Shipping Store |
| 615 | Tools&Instruments Professional Store |
| 616 | |
| 618 | Marvellous Life Store |
| 619 | adorn your house Store |
| 620 | |
| 621 | |
| 622 | |
| 623 | Oh La La Store |

| | |
|---|---|
| 624 | Kitchen Accessories Factory Direct Store |
| 625 | |
| 626 | |
| 627 | |
| 628 | |
| 629 | |
| 630 | |
| 631 | 3C Electron Dropshipping Store |
| 632 | Buy for Your Lifestyle Store |
| 633 | Pangpang Life Store |
| 634 | Ai Shenghuo Store |
| 635 | |
| 636 | |
| 637 | |
| 638 | Yangmin Camping Store |
| 639 | |
| 640 | |
| 641 | |
| 642 | Instrument&Tools Ali Store |
| 643 | BearLink Store |
| 644 | |
| 645 | |
| 646 | |
| 647 | Yi Xinglong Store |
| 648 | |
| 649 | YL LOVEHOME Life Store |
| 650 | |
| 651 | 2019 Drop Shipping Store |
| 652 | |
| 653 | |
| 654 | |
| 655 | Life Assistant Store |
| 656 | TopDsf Global Store |
| 657 | |
| 658 | rozzisoue Yan Jie Teaching Stationery Store |
| 659 | Yiwu Small Commodity Market Store |
| 660 | Nicer Life Store |
| 661 | Ai Dou Tools Store |
| 662 | Lovelife2019 Store |

| 663 | Shanmammy dropship Store |
| 664 | Sunlight0123 Store |
| 665 | Tool Expert Store |
| 666 | SPIFFLYER RainbowSun Store |
| 667 | |
| 668 | |
| 669 | Solria Store |
| 670 | A Warm Cottage Store |
| 671 | A comfortable house Store |
| 672 | Room Professional Simplifi-er Store |
| 673 | Shop5244171 Store |
| 674 | Tooline Store |
| 675 | 金华万丰工具源头厂家 |
| 676 | Shenzhen DJX Electronic & Technology Co., Ltd. |
| 677 | Ningbo Dream Union Home Products Co., Ltd. |
| 678 | Wenling Wenqiao Kung Chan Tools Firm |
| 679 | |
| 680 | Shenzhen Thousandshores Technology Co., Ltd. |
| 681 | Jinhua Kacy Tools Co., Ltd. |
| 682 | |
| 683 | Shanxi Lisca Materials Co., Ltd. |
| 684 | LONG JER PRECISE INDUSTRY CO., LTD. |
| 685 | |
| 686 | JUI SHIH YA ENTERPRISE CO., LTD. |
| 687 | Shenzhen Qiansheng Technology Co., Ltd. |
| 688 | Suzhou Zhixinhang Hardware & Electrical Co., Ltd. |